**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Gary Machetta v. Arlene  Machetta

Appellate case number:   01-17-00415-CV

Trial court case number:  2007-50042

Trial court:                      310th District Court of Harris County

      Appellee filed a motion to seal her brief. The motion is DENIED.

      Rule 9.9 provides for privacy protection for documents filed in civil cases. We strike the brief that appellee proposed to file under seal. Appellee may refile her brief in conformance with Rule 9.9 **within 20 days of the date of this order**.

      It is so ORDERED.

Judge's signature: /s/ Michael Massengale
           ☑ Acting individually   ☐ Acting for the Court

Date:  October 16, 2018